ETHEL MERKER, Individually and as Guardian ad Litem for LEONA R. MERKER and Others, Infants, et al., v. AARON MERKER et al.— Motion for stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before April 16, 1959, with notice of argument for April 28, 1959, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

ELLA SOBEL et al. v. CITY OF NEW YORK et al.— Motion, insofar as it seeks dismissal of the appeal of Fitzgerald Paving Co. Inc., is denied, but granted as to the other appeals, with $10 costs, unless the appellants procure the records on appeal and appellants' points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property for Woodrow Wilson Houses (Project No. NYS-89). EUGENE GANDOLFO et al., Respondents; RYMA CORPORATION et al., Respondents-Appellants.— Motion granted insofar as to enlarge the time of the appellant-respondent, the City of New York, to serve and file its record on appeal and appellant's points up to and including April 28, 1959, with notice of argument for the June 1959 Term of this court, said appeal to be argued or submitted when reached, with leave, however, to the claimants-respondents and the claimants-respondents-appellants to re-present the question of appealability on the argument or submission of the appeal. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

## (April 8, 1959)

SAMUEL R. ROSENBAUM, as Trustee, v. HARRY MELNIKOFF et al.— Motion granted insofar as to permit the appeals to be heard on the original record and upon typewritten appellants' points, upon condition that the appellants serve one typewritten copy of the appellants' points upon the attorneys for the respondent, and file the original record on appeal and six typewritten copies of the appellants' points with this court on or before April 30, 1959, with notice of argument for May 12, 1959, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, Stevens and Bergan, JJ.

## (April 9, 1959)

F & L REALTY CORP. et al. v. MARY J. GOODRICH et al. and 358 W. 52ND ST. CORP.— Motion for leave to reargue denied, with $10 costs, and the stay contained in the order to show cause, dated March 23, 1959, vacated. Concur — Botein, P. J., Breitel, McNally and Bastow, JJ.

HENRY KITT v. D. M. V. ESTATES, INC., et al. ESTELLE HONIGMAN, as Executrix of REUBEN HONIGMAN, Deceased. P. ZACCARO CO., INC.— Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.